UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-10827-JGB-JC | Date | December 31, 2025 |
|---|---|---|---|
| Title | Kingston Lee v. Commissioner of Social Security | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| none present | none present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT STRIKE THE FIRST AMENDED COMPLAINT AND DISMISS THIS ACTION**

On November 26, 2025, Plaintiff, who is proceeding *pro se*, filed the operative First Amended Complaint for Review of Social Security Decision ("First Amended Complaint") which is unsigned. (Docket No. 12). On December 4, 2025, this Court issued an Order ("December Order") which, among other things notified Plaintiff that the First Amended Complaint was unsigned and that Rule 11 of the Federal Rules of Civil Procedure requires that every pleading be signed by a party personally if the party is unrepresented, and that the Court strike any unsigned paper unless the omission is promptly corrected after being called to the party's attention. The December Order directed Plaintiff to file a signed First Amended Complaint by December 18, 2025 and cautioned that Plaintiff's failure timely to do so would result in the First Amended Complaint being stricken and may result in the dismissal of this action for failure to prosecute and/or failure to comply with the December Order. Although the foregoing deadline has expired, to date, Plaintiff has not filed a signed First Amended Complaint.

In light of the foregoing, Plaintiff is ordered to show cause in writing by not later than **January 14, 2026** why the First Amended Complaint should not be stricken and why this action should not be dismissed based on Plaintiff's failure timely to comply with Rule 11 of the Federal Rules of Civil Procedure and the December Order and to file a signed version of the First Amended Complaint by the above-referenced deadline. Plaintiff's filing of a signed First Amended Complaint by the foregoing deadline will constitute sufficient compliance with this Order to Show Cause.

**Plaintiff is cautioned that the failure timely to respond to this Order to Show Cause and to file a signed version of the First Amended Complaint by the foregoing deadline will result in the striking of the First Amended Complaint and the dismissal of this action based on Plaintiff's failure to comply with Rule 11, failure to comply with the December Order/this Order to Show Cause, and/or the failure to prosecute.**

IT IS SO ORDERED.